## SMITHEMAN v. NATIONAL PRESTO INDUSTRIES

No. 202P93

Case below: 109 N.C.App. 636

Petition by defendant (National Presto Industries) for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.

## STATE v. FARLOW

No. 246PA93

Case below: 110 N.C.App. 95

Petition by Attorney General for writ of supersedeas allowed 1 July 1993. Petition by Attorney General for writ of certiorari to the North Carolina Court of Appeals allowed 1 July 1993.

## STATE v. HOLMES

No. 200P93

Case below: 109 N.C.App. 615

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.

## STATE v. HUTCHENS

No. 234P93

Case below: 110 N.C.App. 455

Petition by Attorney General for writ of supersedeas and temporary stay denied 21 June 1993.

## STATE v. RESPER

No. 175P93

Case below: 109 N.C.App. 489

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 1 July 1993.